## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 13-cv-01011-CMA-KLM

ERICA L. ALLRED, an individual,

    Plaintiff,

v.

TRIANGLE PETROLEUM CORPORATION, a Nevada corporation,

    Defendant.

---

## ORDER OF RECUSAL

---

    This matter is before me on a review of the file. Based on my past professional relationship with Defendant's counsel, I believe that I should recuse myself. It is, therefore,

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    DATED: June __18__, 2013

                                       BY THE COURT:

                                       _____
                                       CHRISTINE M. ARGUELLO
                                       United States District Judge