IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01011-MSK-KLM

ERICA L. ALLRED,

    Plaintiff,

v.

TRIANGLE PETROLEUM CORPORATION, a Nevada corporation,

    Defendant.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter due to a prior, working relationship with an attorney appearing in this matter. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this case. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

Dated this 24th day of June, 2013.

                                                          **BY THE COURT:**

                                                          Marcia S. Krieger
                                                          Chief United States District Judge