IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01011-LTB-KLM

ERICA L. ALLRED, an individual,

    Plaintiff,

v.

TRIANGLE PETROLEUM CORPORATION, a Nevada corporation,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Unopposed Motion for Entry of Stipulated Protective Order** [Docket No. 14; Filed August 8, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#14] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#14-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: August 15, 2013