# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.   13-cv-01011-LTB-KLM

ERICA L. ALLRED,

       Plaintiff,

v.

TRIANGLE PETROLEUM CORPORATION,

       Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on pro se Plaintiff's Notice of Voluntary Dismissal of Case (Doc 31 - filed November 5, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   November 6, 2013